IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02078-WYD-CBS

JOYCE FREEMAN-BECK,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (#6), filed December 12, 2005.  After a careful review of the Stipulated Motion and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the Stipulated Motion to Dismiss with Prejudice is **GRANTED**.  It is

    FURTHER ORDERED that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

Dated:  December 19, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge